**Order entered November 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00961-CV

### THE CITY OF BLUE RIDGE, Appellant

### V.

### FRANK RAPPOLD AND OLGA RAPPOLD, INDIVIDUALLY AND AS NEXT FRIEND OF K.R., A MINOR CHILD, AND OF F.R., JR., A MINOR CHILD, AND LINDA RAPPOLD, Appellees

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-05678-2017**

## ORDER

Before the Court is appellees' November 20, 2019 unopposed second motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** appellees' brief be filed no later than December 20, 2019.

We **DIRECT** the Clerk of the Court to set this case at issue.

/s/    BILL WHITEHILL
        JUSTICE